1  BENJAMIN B. WAGNER
   United States Attorney
2  GRANT B. RABENN
   Assistant United States Attorney
3  2500 Tulare Street, Suite 4401
   Fresno, CA 93721
4  Telephone: (559) 497-4000
   Facsimile: (559) 497-4099
5
   Attorneys for the
6   United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 1:13-CR-00036 LJO |
| Plaintiff, | STIPULATION AND ORDER TO VACATE MOTIONS SCHEDULE |
| v. | |
| HOANG MINH NGUYEN and DUNG HANH DAO | |
| Defendant. | |

**IT IS HEREBY STIPULATED** by and between the parties hereto through their respective counsel, Grant B. Rabenn, counsel for the United States, Daniel L. Harralson, counsel for defendant Hoang Minh Nguyen, and Nick Reyes, counsel for defendant Dung Hanh Dao, that the suppression motion schedule and suppression hearing scheduled for December 2, 2013 be vacated because of ongoing plea negotiations.

///

///

///

///

///

Stipulation and Order 1

| | |
|---|---|
| Dated: October 28, 2013 | BENJAMIN B. WAGNER<br>United States Attorney<br><br>*/s/ Grant B. Rabenn*<br>GRANT B. RABENN<br>Assistant United States Attorney<br><br><br>*/s/ Daniel L. Harralson*<br>DANIEL L. HARRALSON<br>Attorney for Defendant<br>Hoang Minh Nguyen<br><br><br>*/s/ Nicholas F. Reyes*<br>NICHOLAS F. REYES<br>Attorney for Defendant<br>Dung Hanh Dao |

**ORDER**

SUPPRESSION MOTION SCHEDULE AND HEARING DATE BE VACATED.

IT IS SO ORDERED.

Dated: **October 29, 2013**  /s/ Lawrence J. O'Neill
UNITED STATES DISTRICT JUDGE

Stipulation and Order 2