# United States District Court
## EASTERN DISTRICT OF CALIFORNIA

United States of America
vs.
Nga Thien Nguyen

Case No. 1:13CR00036-0008

FILED
NOV 15 2013
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
DEPUTY CLERK

## CONSENT TO MODIFY CONDITIONS OF RELEASE

I, _____Nga Thien Nguyen_____, have discussed with _____Lydia J. Serrano_____, Pretrial Services Officer, modifications of my release conditions as follows:

Modifying the defendant's travel restriction to allow Pretrial Services discretion to allow travel outside the defendant's restricted area. Ms. Nguyen's travel is currently restricted to the Northern and Eastern Districts of California.

All previously ordered conditions of release not in conflict with the above to remain in full force and effect.

I consent to this modification of my release conditions and agree to abide by this modification.

Signature of Defendant        Date Nov 6, 2013        Pretrial Services Officer / Services/Probation Officer        Date 11-13-13

I have reviewed the conditions and concur that this modification is appropriate.

Signature of Assistant United States Attorney        Date 11/13/13

I have reviewed the conditions with my client and concur that this modification is appropriate.

Signature of Defense Counsel (Robert D. Wilkinson)        Date 11/13/2013

### ORDER OF THE COURT

X  The above modification of conditions of release is ordered, to be effective on  11-15-13 .

☐  The above modification of conditions of release is *not* ordered.

Signature of Judicial Officer        Date 11/15/13

cc: U.S. Attorney=s Office, Defense Counsel, Pretrial Services